IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| PAUL CHARLES LEMKE and | : | Case No. 18-40343-EJC |
| TWIGGY YELKO LEMKE, | | |
|    Debtors | : | |
| MORRIS BANK, | : | |
|    Movant | | |
| | : | |
| v. | | |
| | : | |
| PAUL CHARLES LEMKE and | | |
| TWIGGY YELKO LEMKE, | : | |
|    Respondents | | |

MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER
OF 30-DAY HEARING REQUIREMENT OF 11 U.S.C. §362(e)

COMES NOW, Movant, MORRIS BANK and files this its Motion for Relief from the Stay of these proceedings and respectfully shows the Court the following:

1.

This motion is made under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for the purpose of foreclosing by a private power of sale contained in a certain Security Deed.

2.

Movant is second lien holder of Security Deeds, which describe certain real property in which Debtor(s) claim an interest. Said real property is security for a promissory note held by Movant, and the properties are commonly known as 5 Grand Lake Circle, Savannah, Georgia 31405; 8843 Charter Point, San Antonio, Texas 78250; 1219 Carmel Oaks, San Antonio, Texas 78253; and 1223 Creek Ranch, San Antonio, Texas 78253 (hereinafter referred to as "the property".)  In addition, Movant has a perfected security interest in all assets of the Debtor(s) as set forth in the UCC-1 by PolyCase Ammunition, LLC, attached hereto as Exhibit "A", together with all proceeds and products of the same.

3.

Movant asserts the debtors have abandoned their interest in the three (3) rental properties located in San Antonio, Texas.

4.

Movant asserts the debtors have defaulted in making the required payments to Morris Bank. Movant asserts because of the debtors' failure to make the payments when due, Morris Bank, is not adequately protected in its security interest.

5.

Movant asserts its collateral is depreciating through use and over time.

6

Movant's total claim is approximately $475,482.49. This is not an exact figure and may not be relied upon for payoff purposes.

7.

To the best of Movant's knowledge, information and belief, its lien is second priority. Movant has no knowledge, information or belief as to any other secured claims against the property.

8.

Movant seeks relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1) because the Debtor(s) have defaulted in making payments to the Note and Security Deed.

9.

Movant is entitled to reasonable attorney's fees and costs for prosecuting this Motion.

10.

By signature of its counsel, Movant hereby waives the requirement under 11 U.S.C. §362(e) that a hearing on this Motion be held within 30 days of the date it was filed.

WHEREFORE, Movant respectfully requests the Court grant relief as follows:

(a) That an Order be entered granting relief from the automatic stay of 11 U.S.C. Section 362 authorizing Movant to proceed with the exercise of its private power of sale and to foreclose under its Security Deed and appropriate state statutes;

(b) Movant be awarded reasonable attorney's fees; and

(b) Grant such other and further relief as is just and equitable.

/s/ Daniel L. Wilder
DANIEL L. WILDER, Bar No. 141448
Attorney for Movant

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Joshua E. Kight / 478-275-0630

**B. E-MAIL CONTACT AT FILER (optional)**
joshua@kightlawoffice.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Joshua E. Kight, LLC
PO Box 816
Dublin, GA 31040

| FILE NUMBER | 087-2015-1317 |
|---|---|
| FILE DATE | JULY 21, 2015 |
| FILE TIME | 4:15PM |
| COUNTY | LAURENS |
| CLERK | JACKIE DALTON |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PolyCase Ammunition, LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 41 Artley Road, Suite C | Savannah | GA | 31408 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Morris Bank | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 301 Bellevue Ave | Dublin | GA | 31021 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All assets of debtor set forth at Exhibit A, together with all proceeds and products of the same. Also including ammunition manufacturing parts related to inceptor ammunition including but not limited to bullets, propellant, primers, casings, component, raw material, cartridges, cartridge trays, together with all proceeds and products of the same.
This is a purchase money security interest.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
**6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**Exhibit "A"**

**PolyCase Ammunition, LLC**

Injection-molded bullets
Inceptor Ammunition
Extreme Polymer Molds
Desks
Leasehold Improvements
Computers
Computer Server and Networking
Bullet Bunker
Manufacturing Equipment
Mission Essential-Gun
A Daigger-Measures
Extreme Polymer Molds
Forklift
Security Surveillance System
Steel Yard Ramp
Furniture
Sumitomo Injection Molding Machine
Accu Chiller
Polymer Bullet Mold
Lead Retrieval
Sumitomo SE75D Machine (used)
Mold - 900 PRN Bullet
Steel Crane
Temperature Control Unit
Low Headroom Push
Hot Air Dryer
Rapid Granulator
Reloading Machines
Dillion Rotary Conversion Control
Semiauto Shaving Machine
Packaging Machine
Picnic Table
Pneumatic Feeder
Propane Storage Cabinet
Universal Collator M-A Systems
Machinery Skate Rolling Kit
Gun (USA Guns)
Mold Bases
Loader Dryer-Cal Series
Sumitomo (1) Machines with Conveyor
Comet CAL-3U Hopper Loader

Exhibit A (Cont'd)
Page 2

Sumitomo SE75EV Injections Molding Machine
Tablet
Universal Collator - 40/45 Bullets
Extreme Polymer .380 Molds
Bushing Feeding System
Climatic Chamber
Conveyor
Mold- .380 Casing
Mold - 50 rd Trays
Mold - .380 PRN
Mold - 9MM PRN
Mold 25 rd Trays
Mold Bushings 380
Polymer Color Feeder
Polymer Dryer
Polymer Feeder
Polymer Regrinder
Prototype Mold - 222/223
Prototype Mold 9mm
Small Hopper
Vibrating Drum
Molds
Prototype Molds
Prototype Mold - PRN/ARX Blue

CERTIFICATE OF SERVICE

I, Daniel L. Wilder, do certify that on the date shown below, I have served a copy of the within MOTION FOR RELIEF FROM STAY AND WAIVER OF 30-DAY REQUIREMENT OF 11 U.S.C.§362(e) on the following parties at the addresses shown, by depositing a copy of the same to each in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Mr. Paul Charles Lemke
Ms. Twiggy Yelko Lemke
5 Grand Lake Circle
Savannah, GA 31405

Mr. C. James McCallar, Jr.
Attorney at Law
P. O. Box 9026
Savannah, GA 31412

Ms. Wendy Anne Owens
Chapter 7 Trustee
P. O. Box 8846
Savannah, GA 31412

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

This 5th day of June, 2018.

/s/ Daniel L. Wilder
DANIEL L. WILDER, Bar No. 141448
Attorney for Movant

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org