**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Paul** *First Name* | **Charles** *Middle Name* | **Lemke** *Last Name* |
| Debtor 2 (Spouse if, filing) | **Twiggy** *First Name* | **Yeiko** *Middle Name* | **Lemke** *Last Name* |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF GEORGIA

Case number (if known):   18-40343-EJC

■ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **5 Grand Lake Circle Savannah, GA 31405  Chatham County**<br>**Value is Based on a November, 2017 Appraisal by Morris Bank**<br>Line from *Schedule A/B*: **1.1** | $644,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **2015 Ford Escape 30953 miles**<br>Line from *Schedule A/B*: **3.3** | $13,000.00 | ■ $70.82<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| **2016 Ford Fusion 38221 miles**<br>Line from *Schedule A/B*: **3.4** | $11,000.00 | ■ $2,381.48<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| **Collectible Guns (2) - $50/each**<br>Line from *Schedule A/B*: **8.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **See Exhibit A**<br>Line from *Schedule A/B*: **9.1** | $11,386.00 | ■ $9,008.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

Debtor 1 **Paul Charles Lemke**
Debtor 2 **Twiggy Yeiko Lemke**                                                             Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **See Exhibit A**<br>Line from *Schedule A/B*: **9.1** | $11,386.00 | ■ | $1,000.00 | **O.C.G.A. § 44-13-100(a)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **See Exhibit A**<br>Line from *Schedule A/B*: **9.1** | $11,386.00 | ■ | $1,378.00 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **CZ Scorpion EVO**<br>Line from *Schedule A/B*: **10.3** | $100.00 | ■ | $100.00 | **O.C.G.A. § 33-26-5** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **AK-74 Rifle**<br>Line from *Schedule A/B*: **10.4** | $100.00 | ■ | $100.00 | **O.C.G.A. § 33-27-7** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ■ | $50.00 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: Share ACCT Pentagon Fed Credit Union #7772**<br>Line from *Schedule A/B*: **17.1** | $99.45 | ■ | $99.45 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Bank of America #3548**<br>Line from *Schedule A/B*: **17.2** | $258.02 | ■ | $258.02 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: USAA (Rental Property Account) #6451**<br>Line from *Schedule A/B*: **17.3** | $222.24 | ■ | $222.24 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: USAA #711-8**<br>**Son's Account**<br>Line from *Schedule A/B*: **17.4** | $49.37 | ■ | $49.37 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: USAA #0061**<br>**Joint with Daughter**<br>Line from *Schedule A/B*: **17.5** | $47.26 | ■ | $47.26 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Brokerage: USAA Acct #6314**<br>Line from *Schedule A/B*: **17.6** | $16.14 | ■ | $16.14 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Debtor 1  **Paul Charles Lemke**
Debtor 2  **Twiggy Yeiko Lemke**                                                                 Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: USAA Account #774-0**<br>Line from *Schedule A/B*: **17.7** | $19.27 | ■ $19.27<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **PolyCase Holdings, LLC (Closed)**<br>**Owns 3 laptops and $197.45 in bank account**<br>**100%**<br>Line from *Schedule A/B*: **19.2** | $1,697.45 | ■ $1,697.45<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Paul Lemke (Account Owner) FBO Son**<br>**Coverdell Educational Savings Account with USAA**<br>**Not Property of the Estate ($49,865.15)**<br>**Amount Deposited over the last year: $840**<br>Line from *Schedule A/B*: **24.1** | $840.00 | ■ $840.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Paul Lemke (Account Owner) FBO Son #0002**<br>**Individual 529 Plan with USAA**<br>**Not Property of the Estate ($16,526.19)**<br>**Amount Deposited over the last year: $600**<br>Line from *Schedule A/B*: **24.2** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Federal & State: 2017 Tax Refund (estimate)**<br>Line from *Schedule A/B*: **28.1** | $10,000.00 | ■ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **AAFMAA Whole Life Insurance Policy**<br>**Beneficiary: Debtor 2**<br>Line from *Schedule A/B*: **31.1** | $3,310.00 | ■ $3,310.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(9) |
| **2010 Appl iMac 27", 2013 HP 8600 Deskjet Printer**<br>**2x Dell Outlet Latitude 5480 Laptop Windows 10 Pro $1,885.34**<br>**1x Dell Outlet Latitude 7480 Laptop Windows 10 Pro $1,369.92**<br>**See also Exhibit A**<br>Line from *Schedule A/B*: **39.1** | $3,500.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(7) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☐ No
     ☐ Yes

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 7 |
| PAUL CHARLES LEMKE, § | Case No. 18-40343-EJC |
| TWIGGY YEIKO LEMKE, § | |
| § | |
| Debtor. § | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing Amended Schedules A/B and Amended Schedule C were served to all of the interested parties listed below and all parties receiving notice by electronic delivery through the Court's ECF noticing filing system on this date:

United States Trustee
Johnson Square Business Center
2 E. Bryan St., Ste. 725
Savannah, GA 31401

Wendy Anne Owens, Trustee
Law Office of Wendy A. Owens, PC
P.O. Box 8846
Savannah, GA 31412

And

All Creditors and Parties in Interest receiving notice through CM/ECF.

This 13th day of September, 2018.

                    McCallar Law Firm

                    /s/ C. James McCallar, Jr.
                    C. James McCallar, Jr.
                    GA. Bar # 481400
                    Attorney for Debtor

McCallar Law Firm
Post Office Box 9026
Savannah, Georgia   31412
Tel:  (912) 234-1215
Fax: (912) 236-7549