# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| PAUL CHARLES LEMKE and ) | |
| TWIGGY YELKO LEMKE, ) | CHAPTER 7 CASE NO.: |
| ) | 18-40343-EJC |
| DEBTORS. ) | |

## NOTICE OF INTENT TO ABANDON PROPERTY

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) of the Bankruptcy Code, **Wendy A. Owens, Trustee**, intends to and will abandon the following described property as burdensome or of inconsequential value to the estate, unless, within fifteen (15) days from the date of service of this Notice, a creditor or other interested party files a written objection and request for hearing with the Clerk of the Bankruptcy Court, at P. O. Box 8347, Savannah, GA, 31412, and serves a copy of such request on the trustee, Wendy A. Owens, P.O. Box 8846, Savannah, GA, 31412.

Trustee intends to abandon the following property:

5 Grande Lake Circle, Savannah, Georgia 31405

This real property was listed with a petition value of $630,000.00 with a first lien from Synovus Mortgage Company in the amount of $574,247.20 and a second lien held by Morris State Bank in the amount of $475,482.79, which is secured by the above-referenced property and additionally, the three Texas properties. The Trustee abandons her interest in the subject property; however, to the extent, that the sale of the subject property results in any monies being distributed to the debtors, all such monies would become property of the bankruptcy estate with the exception of any exemptions claimed by the Debtors, which would be allowable by this court.

Respectfully submitted,

/s/ Wendy A. Owens
WENDY A. OWENS, Trustee/Petitioner

Wendy A. Owens, Esq.
GA BAR No. 557809

Chapter 7 Trustee
P.O. Box 8846
Savannah, GA 31412
912-239-9888
trustee@coastalempirelaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| PAUL CHARLES LEMKE and ) | |
| TWIGGY YELKO LEMKE, ) | CHAPTER 7 CASE NO.: |
| ) | 18-40343-EJC |
| DEBTORS. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing, **NOTICE OF INTENT TO ABANDON PROPERTY,** through CM/ECF or by depositing same in the United States Mail with sufficient postage affixed thereon, to those addressed below:

Paul Charles Lemko Matthew E. Mills
Twiggy Lemko Assistant U.S. Trustee
5 Grande Lake Circle Office of the U.S. Trustee
Savannah, Georgia 31405 Johnson Square Business Center
 2 East Bryan Street, Ste. 725
C. James McCallar, Jr. Savannah, GA 31401
Attorney at Law
Post Office Box 9026
Savannah, Georgia 31412

This the 17th day of September, 2018

 /s/ Wendy A. Owens
 WENDY A. OWENS, Trustee/Petitioner

Prepared by:
Wendy A. Owens, Esq.
GA BAR No. 557809
Chapter 7 Trustee
P.O. Box 8846
Savannah, GA 31412
912-239-9888
trustee@coastalempirelaw.com