IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PAUL CHARLES LEMKE<br>TWIGGY YEIKO LEMKE | CASE NO. 18-40343-EJC<br>CHAPTER 7 |

SYNOVUS BANK

    Movant

vs.                                          CONTESTED MATTER

PAUL CHARLES LEMKE
TWIGGY YEIKO LEMKE

    Respondents/Debtors

## WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Comes now Synovus Bank and withdraws the Motion for Relief from Stay filed July 11, 2018 (Doc. 54).

This 20th day of September, 2018.

                                                            s/ Stephen G. Gunby
                                                             Stephen G. Gunby, Esq.
                                                             Attorney Bar Number: 315212

Attorney for Synovus Bank
Page Scrantom Sprouse Tucker & Ford
1111 Bay Ave., Third Floor
P.O. Box 1199
Columbus, Georgia 31902
Telephone: (706) 243-5630
E-Mail: sgg@psstf.com

S0612-0480-15

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the Withdrawal of Motion for Relief from Stay electronically or by First Class Mail with sufficient postage affixed thereto to the below interested parties:

Paul Charles Lemke
Twiggy Yeiko Lemke
5 Grand Lake Circle
Savannah, GA 31405
U.S. Mail

C. James McCaller, Jr.
P.O. Box 9026
Savannah, GA 31412
ECF

Wendy Anne Owens, Trustee
P.O. Box 8846
Savannah, GA 31412
ECF

This 20th day of September, 2018.

PAGE SCRANTOM SPROUSE
TUCKER & FORD, PC

By: S/Stephen G. Gunby
    Stephen G. Gunby
    Attorney for Synovus Bank
    State Bar No. 315212

P.O. Box 1199
Columbus, GA 31902
(706) 243-5630
sgg@psstf.com

S0612-0480-15